IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES WILLIAM PEARSON, JR.** | : | CIVIL ACTION NO. 1:14-cv-1400 |
| | : | |
| **Plaintiff** | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Carlson)** |
| v. | : | |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| Acting Commissioner of | : | |
| Social Security Administration | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

Before the Court in the above captioned action is a December 2, 2014 Report and Recommendation of the Magistrate Judge.  No timely objections to the Report and Recommendation.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT:**

1)  The Court adopts the Report and Recommendation of Magistrate Judge Carlson.

2)   Defendant's motion to dismiss the plaintiff's complaint (Doc. No. 7) is **DENIED**.

3) The case is referred to Magistrate Judge Carlson for further proceedings.

                                                             s/ Yvette Kane
                                                             YVETTE KANE, District Judge
                                                             United States District Court

Dated:   December 23, 2014